**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Nicholas P. Kavanagh, <br> Angela M. Kavanagh, <br> *Debtor*s. | Case No. 24-12696-amc <br> Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Omnibus Objection to Claims
- Notice of Omnibus Objection to Claims and Hearing Date

Date: October 22, 2024

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
856-890-9003
brad@sadeklaw.com

## Mailing List Exhibit

Shraddha Bharatia
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Andrew Hubbard
Discover Bank
PO Box 3025
New Albany, OH 43054-3025