## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicholas P. Kavanagh,<br>Angela M. Kavanagh,<br>　　　　　　*Debtor*s. | Case No. 24-12696-amc<br>Chapter 13 |

### Order Sustaining Omnibus Objection to Claims

And now, after consideration of the Omnibus Objection to Claims filed by the Debtors, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. The following claims are **DISALLOWED** in their entirety pursuant to 11 U.S.C. § 502(b)(1) on the basis that they are time-barred under Pennsylvania law:

| Claim No. | Claimant |
|---|---|
| 3 | Discover Bank |
| 5 | American Express National Bank |

Date: Dec. 5, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge